UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| CUSTOM HBC CORPORATION, | Civil No. 10-CV-4437 (PJS/JJK) |
| Plaintiff, | |
| v. | ORDER OF PARTIAL DISMISSAL |
| ORALABS, INC., | |
| Defendant. | |

---

Based upon the Stipulation for Dismissal of Count 7 to Plaintiff's Complaint filed by the parties on November 16, 2010 [Civil Docket No. 3],

IT IS ORDERED that Count 7 of the Plaintiff's Complaint is dismissed without prejudice and without costs or disbursements to any party.

Dated: November 16, 2010                    s/Patrick J. Schiltz
                                            Patrick J. Schiltz
                                            United States District Judge